IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>SAMUEL ROSBERG,<br><br>           Defendant. | 4:25CR3052<br><br>**ORDER** |

Before the Court is Defendant's motion for modification of pretrial release, (Filing No. 39). Both Plaintiff and pretrial services have advised the Court it has no objection to this motion. Accordingly, for good cause shown, and because the Court finds the Release Order (Filing No. 23), with the modifications requested, will reasonably mitigate Defendant's likelihood to not appear at future court proceedings and any risk of community harm, the Court grants Defendant's motion.

IT IS ORDERED:

1) Defendant's motion for modification of pretrial release, (Filing No. 39), is granted.

2) Condition (g) shall be modified as follows:

   (g) Abide by the following restrictions on personal associations, place of abode, or travel: not leave Nebraska unless pre-approved by the supervising officer or the Court.

3) Condition (h) shall be modified to allow contact with Ana Painter's mother for the reasons set forth in Defendant's motion.

Dated this 26th day of June, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge