IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL ROSBERG,<br><br>Defendant. | 4:25CR3052<br><br>ORDER |

Before the Court is Defendant's unopposed motion for modification of pretrial release, (Filing No. 43). Upon review,

IT IS ORDERED:

1) Defendant's motion for modification of pretrial release, (Filing No. 43), is granted.

2) Condition (h) shall be modified to allow telephone contact with Anastasia Painter.

Dated this 21st day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge