IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL ROSBERG,<br><br>Defendant. | 4:25CR3052<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the Plaintiff's Motion for Preliminary Order of Forfeiture (Filing No. 239). The Court has carefully reviewed the record in this case and finds as follows:

1. On July 13, 2026, the United States Attorney in this District filed a two-count Information against the Defendant. (Filing No. 223).

2. The Forfeiture Allegation of the Information sought forfeiture of "any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense," which includes, but is not limited to:

a. Smith & Wesson model 640 revolver
b. Smith & Wesson M&P 15 rifle
c. Colt Python revolver
d. Model PAS shotgun
e. Heritage Rough Rider revolver
f. Remington Arms 760 .22 caliber rifle
g. Colt Anaconda revolver
h. Hunter LC Smith Field shotgun
i. Morrissey AaM-47 rifle
j. Remington Arms 760 .27 caliber rifle
k. Ruger Vaquero revolver
l. Colt King Cobra revolver
m. Ruger 10/22 rifle
n. Marlin 60 rifle
o. Winchester 1300 XTR shotgun

p. Hunter LC Smith Field shotgun

q. Marlin 336W rifle

r. Henry Repeating H001V Varmint Express rifle

s. A silencer

t. Iver Johnson Champion shotgun

u. Hunter Arms LC Smith Field

v. Browning Black Label 1911-380 pistol

w. Savage Stevens 94B shot

x. Kimber Ultra Carry II pistol

y. Boito/ER Armantino/IGA Condor

z. Various ammunition

*Id*.

3. On July 13, 2026, the Court held a change of plea hearing for Defendant and Defendant entered a plea of guilty to Counts I and II and admitted to the Forfeiture Allegation in the Information. (Filing No. 226, Filing No. 229).

4. Count I of the Information charged Defendant with distributing and possessing with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, 50 grams or more of methamphetamine (actual), 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a detectable amount of marijuana, and a mixture or substance containing a detectable amount of psilocybin in violation of 21 U.S.C. §§ 841, 846.

5. Count II of the Information charged Defendant with knowingly using and carrying a firearm or firearms during, in relation to, and in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

6. Defendant has forfeited his interest in the Property. Accordingly, the United States should be entitled to possession of said Property pursuant to 21 U.S.C. § 853.

7. The Government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Preliminary Order of Forfeiture (Filing No. 239) is granted.

2. Based upon the Forfeiture Allegation of the Information, the Plea Agreement, the plea of guilty, and the admission of the forfeiture allegation, the Government is hereby authorized to seize the Property.

3. Defendant's interest in the Property is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Property is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the Property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the Property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the Property and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Property, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 26th day of August, 2026.

BY THE COURT:

Susan M Bazis

Susan M. Bazis
United States District Judge